UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| LISA A MAKSON<br>    and others similarly situated<br><br>                    Plaintiffs,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>    SERVE:   Judith Scott<br>             120 Corporate Blvd.<br>             Norfolk, VA 23502<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 3:07 CV 582 |

## PRA'S MOTION TO DISMISS CLASS CLAIMS

NOW INTO COURT, through undersigned counsel, comes defendant, Portfolio Recovery Associates, LLC (PRA), which pursuant to FED. R. CIV. P. 12(b)(6), moves the Court to dismiss plaintiff's class claims for failure to state a claim upon which relief may be granted.

WHEREFORE, considering the premises and the attached, supporting memorandum, exhibits, and other record evidence, PRA moves this Court to enter an order in accordance with the foregoing requests.

Dated: October 23, 2007

s/William D. Bayliss
William D. Bayliss, Esq. (Virginia State Bar no. 13741)
**Counsel for Portfolio Recovery Associates, LLC**
WILLIAMS MULLEN
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
804.643.1991 office
804.783.6507 telefax

# CERTIFICATE OF SERVICE

I hereby certify that on *October 23, 2007,* I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Matthew James Erausquin**
CONSUMER LITIGATION ASSOCIATES PC
3615-H Chain Bridge Road
Fairfax, Virginia 22030
703.273.6080   office
888.892.3512   telefax
matt@clalegal.com

**Leonard Anthony Bennett**
CONSUMER LITIGATION ASSOCIATES PC
12515 Warwick Blvd.
Suite 100
757.930.3660   office
757.930.3662   telefax
lenbennett@cox.net

                                           s/William D. Bayliss
William D. Bayliss, Esq. (Virginia State Bar no. 13741)
**Counsel for Portfolio Recovery Associates, LLC**
WILLIAMS MULLEN
A Professional Corporation
Two James Center
1021 East Cary Street
Richmond, Virginia 23219
804.643.1991   office
804.783.6507   telefax
bbayliss@williamsmullen.com

*Of Counsel for Portfolio Recovery Associates, LLC*
David Israel (# 7174)(T.A.)
Allison L. Cannizaro (#29951)
SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
disrael@sessions-law.com
acannizaro@sessions-law.com