UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA A. MAKSON,
and others similarly situated,

Plaintiff,

v.

CIVIL NO. 3:07-cv-00582-HEH

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

## MOTION TO STRIKE MEDIATION AGREEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Portfolio Recovery Associates, LLC ("PRA"), which, pursuant to Fed. R. Civ. P. 23(d) and (e), requests the Court (a) strike the Mediation Settlement Agreement ("Agreement") executed during the January 15, 2008 mediation of this matter and (b) enter an order confirming this case is not settled as a class action. Plaintiff, Lisa A. Makson, and her counsel contend this case has been settled as a class action through the execution of the Agreement. PRA and its counsel disagree. The requested order is necessary to resolve the ongoing dispute as to the status of this case.

WHEREFORE, considering the premises and the supporting memorandum filed herewith, PRA requests the Agreement be struck and an order be entered confirming this case is not settled as a class action.

Respectfully submitted,

By: _____"/s/"_____
William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB# 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
Two James Center
1021 East Cary Street, 17th floor
Richmond, VA 23219
Telephone: (804) 643-1991
Facsimile: (804 783-6507
*Of Counsel*

David Israel (Louisiana Bar # 7174)(T.A.)
disrael@sessions-law.com
Allison L. Cannizaro (Louisiana Bar # #29951)
acannizaro@sessions-law.com
Bryan C. Shartle, Esq. (Louisiana Bar #27640)
bshartle@sessions-law.com
SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Defendant,
Portfolio Recovery Associates, LLC

## C E R T I F I C A T E OF SERVICE

I hereby certify that on the 10th day of June, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Matthew James Erausquin**
Consumer Litigation Associates PC
3615-H Chain Bridge Rd
Fairfax, VA 22030
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

2

**Leonard Anthony Bennett**
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

                              "/s/"
                              William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB# 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
Two James Center
1021 East Cary Street, 17th floor
Richmond, VA 23219
Telephone: (804) 643-1991
Facsimile: (804 783-6507
*Of Counsel*

David Israel (Louisiana Bar # 7174)(T.A.)
disrael@sessions-law.com
Allison L. Cannizaro (Louisiana Bar # #29951)
acannizaro@sessions-law.com
Bryan C. Shartle, Esq. (Louisiana Bar #27640)
bshartle@sessions-law.com
SESSIONS, FISHMAN & NATHAN, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Defendant,
Portfolio Recovery Associates, LLC