**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| LISA MAKSON | : |
|   *on behalf of herself and those similarly situated* | : |
| | : |
|                       Plaintiffs | : |
| v. | :    Civil No. 3:07cv582 |
| | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : |
| | : |
|                       Defendant | : |

## PLAINTIFF'S MOTION TO ENFORCE THE MEDIATION SETTLEMENT AGREEMENT

Comes now the Plaintiff, for herself and on behalf of all other similarly situated individuals, by counsel, and for the reasons set forth in the accompanying memorandum, she moves that this Court enforce the Mediation Settlement Agreement and schedule a hearing for Preliminary Approval or to refer Preliminary Approval to a Magistrate Judge for a Report and Recommendation; and for such other relief the Court finds appropriate.

Respectfully submitted,
**LISA MAKSON**

                    /s/
MATTHEW J. ERAUSQUIN, VSB#65434
LEONARD A. BENNETT, VSB #37523
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA  22030
Tel:     703-273-7770
Fax:    888-892-3512
matt@clalegal.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of June, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

William Delaney Bayliss
Williams Mullen
1021 E. Cary St.
Richmond, VA 23218-1320
804-783-6459
bbayliss@williamsmullen.com

                                                    /s/
                            MATTHEW J. ERAUSQUIN, VSB#65434
                            LEONARD A. BENNETT, VSB #37523
                            *Counsel for the Plaintiff*
                            CONSUMER LITIGATION ASSOCIATES, P.C.
                            3615-H Chain Bridge Road
                            Fairfax, VA 22030
                            Tel:    703-273-7770
                            Fax:   888-892-3512
                            matt@clalegal.com