UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LISA A. MAKSON<br>    and others similarly situated | )<br>)<br>) |
|     Plaintiffs, | )<br>)   CIVIL NO. 3:07 CV 582 |
| v. | )<br>) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | )<br>) |
|     Defendant. | ) |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF
## CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff, Lisa A. Makson, (hereinafter referred to as "Plaintiff" or "Class Representative"), and Defendant, Portfolio Recovery Associates, LLC ("PRA") (hereinafter jointly referred to as the "Parties"), respectfully move this Court for preliminary approval of the Class Action Settlement Agreement filed contemporaneously with the Court, entered into between the parties in the above-captioned matter.

In support of their request, the Parties assert that the proposed settlement is fair, reasonable, and adequate, and is consistent with the provisions of Rule 23. In further support of this motion, the Parties submit the Memorandum of Points and Authorities in Support of Joint Motion for Preliminary Approval of Class Action Settlement Agreement.

WHEREFORE, the Parties request that the Court grant this Motion and enter the Preliminary Approval Order attached as Exhibit 2.

Respectfully submitted,


_____/s/_____
MATTHEW J. ERAUSQUIN, VSB#65434
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
Phone: (703) 273-7770
Facsimile: (888) 892-3511
matt@clalegal.com


_____/s/_____
ALLISON CANNIZARO, pro hac vice
Counsel for the Defendant
Sessions Fishman Nathan & Israel
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
Phone: (504) 846-7926
Facsimile: (504) 828-3737
acannizaro@sessions-law.biz

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

WILLIAM D. BAYLISS, VSB #13741
Counsel for the Defendant
Williams, Mullen, Clark & Dobbins
2 James Center
1021 East Cary Street
Richmond, VA 23219
Phone: (804) 643-1991
Facsimile: (804 783-6507
bbayliss@williamsmullen.com

ALLISON CANNIZARO
Counsel for the Defendant
Sessions Fishman Nathan & Israel LLP
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
Phone: (504) 846-7926
Facsimile: (504) 828-3737
acannizaro@sessions-law.biz

DAVID ISRAEL
Counsel for the Defendant
Sessions Fishman Nathan & Israel LLP
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
Phone: (504) 828-3700
Facsimile: (504) 828-3737
disrael@sessions-law.biz

                                                /s/
                                  MATTHEW J. ERAUSQUIN, VSB#65434
                                  LEONARD A. BENNETT, VSB #37523
                                  Counsel for the Plaintiff
                                  Consumer Litigation Associates, P.C.
                                  12515 Warwick Blvd., Suite 100
                                  Newport News, Virginia 23606
                                  Phone: (757) 930-3660
                                  Facsimile: (757) 930-3662
                                  matt@clalegal.com