UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LISA A MAKSON<br>    and others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>    Defendant. | CIVIL NO. 3:07 CV 582 |

**<u>JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiff, Lisa A. Makson, and defendant, Portfolio Recovery Associates, LLC, (hereinafter jointly referred to as the "Parties"), file this Joint Motion for Final Approval of Class Action Settlement Agreement.

Pursuant to Fed. R. Civ. P. 23, the Parties request that the Court finally approve the Class Action Settlement Agreement, attached hereto, and enter the Final Approval Order, also attached hereto.

The Parties' motion is based on the accompanying memorandum of points and authorities, the pleadings and papers on file herein, and other such matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Leonard A. Bennett, Esq., VSB #37523 | David Israel, Esq., *pro hac vice* |
| Matthew J. Erausquin, Esq., VSB #65434 | Allison L. Cannizaro, Esq., *pro hac vice* |
| CONSUMER LITIGATION ASSOCIATES, P.C. | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
| 12515 Warwick Blvd., Suite 100 | 3850 North Causeway Blvd., Suite 200 |
| Newport News, Virginia 23606 | Metairie, LA 70002 |
| Telephone: (757) 930-3660 | Telephone: (504) 828-3700 |
| Facsimile: (757) 930-3662 | Facsimile: (504) 828-3737 |
| | |
| Attorneys for Plaintiff, | William Bayliss, Esq. |
| Lisa A. Makson | WILLIAMS, MULLEN, CLARK & DOBBINS |
| | 2 James Center |
| | 1021 East Cary Street |
| | Richmond, VA 23219 |
| | Telephone: (804) 643-1991 |
| | Facsimile: (804 783-6507 |
| | |
| | Attorneys for Defendant, |
| | Portfolio Recovery Associates, LLC |